UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CAROLINA SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-50 |
| | ) |
| ESTEBAN F. BUSTAMANTE and | ) |
| WERNER ENTERPRISES, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

Defendants, Esteban F. Bustamante and Werner Enterprises, Inc. (hereinafter referred to collectively as "Defendants"), by counsel, pursuant to the provisions of 28 U.S.C. §§1441(a) and 1446, hereby give notice of the removal of this cause of action from the Lake Superior Court to the United States District Court for the Northern District of Indiana, Hammond Division, and in support thereof, state:

1. On or about January 14, 2021, Plaintiff filed a civil action against Defendants in the Lake Superior Court for the State of Indiana, under Cause No. 45D10-2101-CT-000047 and styled *Carolina Simpson v. Esteban F. Bustamante and Werner Enterprises, Inc.* A true and accurate copy of the State Court Record is attached hereto as Exhibit "A".

2. This litigation involves a motor vehicle accident which occurred on or about July 7, 2019 in Schererville, Lake County, Indiana. A true and accurate copy of Plaintiff's Complaint is attached hereto as Exhibit "B".

3. Defendants Esteban F. Bustamante and Werner Enterprises, Inc. have appeared and filed their respective answers and affirmative defenses.

4. Plaintiff Carolina Simpson is a resident and citizen of the State of Illinois.

5. Defendant Esteban F. Bustamante is a resident and citizen of the State of Texas.

6. Defendant Werner Enterprises, Inc. is a foreign corporation incorporated and organized under the laws of the State of Nebraska with its principal place of business in Omaha, Douglas County, Nebraska.

7. Based on the respective citizenship of the parties in this matter, complete diversity exists in this case.

8. Prior to litigation, the parties were engaged in settlement discussions. However, settlement discussions have since broken down with Plaintiff's last settlement demand being $85,000.

9. Based on Plaintiff's standing settlement demand, it is clear that Plaintiff's claims exceed the jurisdictional limit of $75,000, exclusive of interest and costs.

10. Therefore, based on all the foregoing, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) and which is removable pursuant to the provisions of 28 U.S.C. §1441(a) and 28 U.S.C. §1446. A true and accurate copy of the Civil Cover Sheet for this matter is attached hereto as Exhibit "C".

WHEREFORE, for the foregoing reasons, Defendants, Esteban F. Bustamante and Werner Enterprises, Inc., by counsel, respectfully request that the above-enumerated action, now pending against Defendants in the Lake Superior Court, State of Indiana, be removed to the United States District Court for the Northern District of Indiana, Hammond Division.

            Respectfully submitted,

            CRUSER, MITCHELL, NOVITZ, SANCHEZ,
            GASTON & ZIMET, LLP


            /s/ Keith A. Gaston, Esq.
            Keith A. Gaston, Esq., #7069-49
            Bruce D. Jones, Esq., #28624-29
            Bradley M. Owen, Esq., #32711-32
            Rachel O. Webster, Esq., #34251-49

            *Counsel for Defendants, Esteban F.*
            *Bustamante and Werner Enterprises, Inc.*

3077 E. 98th Street, Suite 280
Indianapolis, IN  46280
Ph: (317) 816-0300
Fax: (317) 816-1604
E-Mail:  kgaston@cmlawfirm.com
bjones@cmlawfirm.com
bowen@cmlawfirm.com
rwebster@cmlawfirm.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 5th day of February 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by U.S. Mail, postage pre-paid:

Terrence M. Rubino, Esq.
RUBINO, RUMAN, CROSSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311


            /s/ Keith A. Gaston, Esq.