45D10-2101-CT-000047  Filed: 1/14/2021 9:25 AM
Lake Superior Court, Civil Division 6  Clerk
Lake County, Indiana

| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| --- | --- | --- |
|  | ) SS: |  |
| COUNTY OF LAKE | ) | _____, INDIANA |

| CAROLINA SIMPSON, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| -vs- | ) | CAUSE NO.: |
|  | ) |  |
| ESTEBAN F. BUSTAMANTE and | ) |  |
| WERNER ENTERPRISES, INC., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

### COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the plaintiff, Carolina Simpson, by counsel, Terrence M. Rubino, of Rubino, Ruman, Crosmer and Polen, LLC, and for her cause of action against the defendants, Esteban F. Bustamante and Werner Enterprises, Inc., states as follows:

1. That on July 7, 2019 at approximately 12:45 p.m., the plaintiff was operating her vehicle eastbound on U.S. 30 in Schererville, Lake County, Indiana.

2. That at said time and place, the defendant, Esteban F. Bustamante, was operating a semi-tractor and trailer owned by the defendant, Werner Enterprises, Inc., eastbound on U.S. 30 in Schererville, Lake County, Indiana.

3. That at said time and place, the defendant, Esteban F. Bustamante, was the agent, servant, and/or employee of the defendant, Werner Enterprises, Inc.

4. That at said time and place, the defendant, Esteban F. Bustamante, was at fault in causing his vehicle to collide with the rear of plaintiff's vehicle.

5. That the defendant, Werner Enterprises, Inc., in addition to being vicariously responsible for their agent's negligence, was negligent, reckless, and willful and wanton


EXHIBIT A

in the hiring, supervising, training and retention of the defendant, Esteban F. Bustamante.

6. That as a direct and proximate result of said fault and negligence and recklessness by the defendants, the plaintiff, Carolina Simpson, sustained injuries, some of which may be permanent, incurred medical expenses, economic loss and was otherwise damaged.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorneys' fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.

/s/ Terrence M. Rubino
TERRENCE M. RUBINO, #6220-45
Rubino, Ruman, Crosmer & Polen, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
trubino@rubinoruman.com
Attorneys for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

/s/ Terrence M. Rubino
TERRENCE M. RUBINO, #6220-45
Rubino, Ruman, Crosmer & Polen, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
trubino@rubinoruman.com
Attorneys for Plaintiff