UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CAROLINA SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  2:21CV50-PPS/APR |
| | ) |
| ESTEBAN F. BUSTAMANTE and | ) |
| WERNER ENTERPRISES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties' joint Stipulation of Dismissal [DE 16] is SO ORDERED. This action is DISMISSED WITH PREJUDICE, with all parties bearing their own costs.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: November 2, 2021.

                                         /s/ Philip P. Simon
                                         PHILIP P. SIMON, JUDGE
                                         UNITED STATES DISTRICT COURT